

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,719-01

### In Re STATE OF TEXAS EX REL. ABELINO REYNA, RELATOR[1]

### ON MOTION TO FILE APPLICATION FOR WRIT OF MANDAMUS FROM CAUSE NO. 2015-1955-2 IN THE 54th DISTRICT COURT FROM McLENNAN COUNTY

*Per curiam.*

### O R D E R

Relator's motion to stay is granted. We also have before us a motion for leave to file an application for a writ of mandamus and an application for a writ of mandamus.

The matter underlying this proceeding involves an opinion from the Tenth Court of Appeals conditionally granting mandamus relief and ordering the trial court to vacate its gag order issued on June 30, 2015. *In re Clendennen*, No. 10-15-00235-CR (Tex. App.—Waco August 7, 2015) (not designated for publication). The rationale behind the appellate court's memorandum opinion is that

---

[1] The application filed with this Court listed Judge Matt Johnson of the 54th Judicial District Court as the Relator. However, the application was filed by McLennan County District Attorney Abelino Reyna and he is the Relator in this matter.

the trial court abused its discretion pursuant to the Tenth Court's published opinion in *In re Graves*, 217 S.W.3d 744 (Tex. App.—Waco 2007, orig. proceeding).

This Court has determined that this case should be filed and set and the parties should brief the following issues:

1.  Is the Texas Supreme Court's holding in *Davenport v. Garcia*, 834 S.W.2d 4 (Tex. 1992), applicable to gag orders in criminal cases?

2.  Are the findings supporting the gag order in this case sufficiently specific?

3.  Is Tenth Court of Appeals' conditional grant of mandamus relief supported by the law and facts of this case?

Briefs from relator, respondent, and the real party in interest are due in this Court within 30 days of the date of this order. No motions for extension of time to file will be entertained.

IT IS SO ORDERED THIS THE 13th DAY OF AUGUST, 2015.

Do not publish